(No. 12986.—Judgment affirmed.)

THE PEOPLE *ex rel.* Arch Mains *et al.* Appellants, *vs.*
J. L. MARTIN *et al.* Appellees.

*Opinion filed February 18, 1920.*

This case is controlled by the decision in *People* v. *Edwards,*
290 Ill. 464.

APPEAL from the Circuit Court of Cass county; the
Hon. GUY R. WILLIAMS, Judge, presiding.

C. A. GRIDLEY, THOMAS D. MASTERS, and WALTER T.
DAY, for appellants.

STEVENS & HERNDON, for appellees.

Mr. CHIEF JUSTICE DUNN delivered the opinion of the
court:

The circuit court of Cass county overruled a demurrer
to the pleas of the respondents to an information in the
nature of *quo warranto* against the members of the board
of education of Community High School District No. 212,
which questioned the validity of the organization of the dis-
trict, and dismissed the information. The relators appealed.

The information was based upon the unconstitutionality
of the amendment of the School law of June 22, 1917,
(Laws of 1917, p. 737,) and one of the pleas was based
upon an act "to legalize the organization of certain high
school districts," adopted in 1919, (Laws of 1919, p. 907.)
We have held that the latter act is effective to make valid
the organization of this district, in the case of *People* v. *Ed-
wards,* 290 Ill. 464.

The judgment of the circuit court is affirmed.

*Judgment affirmed.*